S8900274. GREENHILL v. CLERK, GWINNETT COUNTY.
(385 SE2d 290)

HUNT, Justice.

This petition for original mandamus must be, and hereby is, dismissed under *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983).

*Petition dismissed. All the Justices concur.*

DECIDED SEPTEMBER 6, 1989.

*Roy E. Greenhill, pro se.*

*Thomas C. Lawler III, District Attorney,* for appellee.